484 Pa. 387 (1979)
399 A.2d 130
COMMONWEALTH of Pennsylvania, Appellant,
v.
Arthur CAMPBELL, Appellee.
Supreme Court of Pennsylvania.
Argued March 13, 1979.
Decided March 26, 1979.
Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Charles W. Johns, Asst. Dist. Attys., for appellant.
John H. Corbett, Jr., Asst. Public Defender, Donald R. Calaiaro, Pittsburgh, for appellee.
Before EAGEN, C.J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

OPINION
PER CURIAM:
Order 257 Pa.Super. 160, 390 A.2d 761 affirmed.